Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
7/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA    5:21-mj-00458

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>KEVON BROWN-SMITH<br>USMS# 50262-298<br>DEFENDANT | CASE NUMBER:<br>3:15-cr-01592-002-W<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 07/01/2021 at 1000 ☒ AM ☐ PM
   or
   The defendant was arrested in the NA District of NA on NA at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 United States Code 3583 Supervise release violation

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: NA

7. Year of Birth: ████ 1994

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: NA  Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): NA

11. Name: Daniel Donoso (please print)

12. Office Phone Number: 760-276-6101

13. Agency: USMS

14. Signature: *Daniel Donoso 07/01/2021*

15. Date: 07/01/2021

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION