FILED
CLERK, U.S. DISTRICT COURT

7/1/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Kevon Brown-Smith

**WARRANT FOR ARREST**

5:21-mj-00458

Case Number: 3:15-cr-01592-002-W

## NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Kevon Brown-Smith_____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                    Clerk of the Court
Name of Issuing Officer                         Title of Issuing Officer

s/ J. Vann                                      05/08/2019 San Diego, CA
Signature of Deputy                             Date and Location

Bail fixed at $ ___NO BAIL___ by ___The Honorable Thomas J. Whelan___
                                       Name of Judicial Officer

RECEIVED U.S. MARSHALS-S/CA 2019 MAY -8 PM 3:52

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

